IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20317
Summary Calendar
_____

JEFFREY BALAWAJDER,

Plaintiff-Appellant,

versus

JAMES A. LYNAUGH, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-89-1090
- - - - - - - - - -
June 19, 1996

Before KING, JOLLY and PARKER, Circuit Judges.

PER CURIAM:[*]

Jeffrey Balawajder appeals the district court's grant of summary judgment for the defendants. Balawajder's claim that Texas Adult Parole and Mandatory Supervision Law, Tex. Code Crim. Proc. art. 42.18 § 8(c) was not properly applied to him implicates the duration of his sentence and therefore, is not cognizable under 42 U.S.C. § 1983. See McGrew v. Texas Bd. of Pardons & Paroles, 47 F.3d 158, 160-61 (5th Cir. 1995). His

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

denial-of-access-to-the-courts claim based on the TDCJ's failure to forward his mail was not adequately briefed and is thus deemed abandoned on appeal.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).  Our review of the record discloses no reversible error by the magistrate judge as to Balawajder's supplemental state-law claims.  Finally, to the extent that Balawajder attempts to bring up issues that are beyond the scope of remand, we decline to address them.  See Daly v. Sprague, 742 F.2d 896, 900-01 (5th Cir. 1984).

AFFIRMED.